Because I believe the trial judge did not err in refusing to instruct the jury as requested by the defendant, I must respectfully dissent.
Punishing a defendant for unintentionally causing the death of another while in the commission of a misdemeanor is not a new legal concept, in either a criminal case or a civil case. For example, in Pippin v. State,19 Ala. App. 384, 387, 97 So. 615, 617-18 (1923), the Court of Appeals said that "[t]he killing of a human being without malice, the slayer being at the time in the commission of a misdemeanor, and not having the intent to kill or to inflict the injury causing death," is punishable as a criminal act. The same act is punishable in a civil case based on the tort of wrongful death. For example, in Louis Pizitz Dry Goods Co. v.Yeldell, 274 U.S. 112 (1927), a defendant in a wrongful-death action appealed to the Supreme Court of the United States, contending that Alabama's wrongful-death statute was unconstitutional because it authorized a plaintiff to recover punitive damages for a defendant's simple negligence if death resulted from the negligence. In that case, the Supreme Court held that Alabama could authorize the recovery of punitive damages for simple negligence if death resulted, without violating *Page 111 
a defendant's constitutional rights, stating: "We cannot say that it is beyond the power of a legislature . . . to attempt to preserve human life by making homicide expensive." 274 U.S. at 116.
Even though Yeldell was a civil case, I believe the principle therein stated should apply to the Legislature's power to punish criminally a person who violates a traffic law, when the evidence shows that the violation of that traffic law was the proximate cause of another's death. Stated differently, it appears to me that the Legislature had the power to adopt a statute that would meet society's needs to preserve human life and which would punish an individual for causing the death of another, even though the wrongdoer may not have possessed a culpable mental state at the time. For an excellent law review article on the subject of criminalizing negligence, see Leslie Yalof Garfield, A MorePrincipled Approach to Criminalizing Negligence: A Prescription For TheLegislature, 65 Tenn. L. Rev. 875 (1998). In that article, Professor Garfield says, "Although criminal law has never been comfortable with punishing individuals for mere carelessness, the increased potential for technology-related accidents in our fast-paced culture makes it necessary to reexamine this reluctance and to question whether there are circumstances when lack of due care should be a sufficient predicate for invoking the sanctions of criminal law." 65 Tenn. L. Rev. at 877. I agree with Professor Garfield, and I believe the Legislature intended to enact a statute that did exactly that when it adopted § 32-5A-192, Ala. Code 1975.[16]
I believe the trial court properly refused to instruct the jury as requested by the defendant; therefore, I would affirm the judgment of the Court of Criminal Appeals.
[16] Although I do not believe the matter of where the vehicular-homicide statute is placed in the Code of Alabama is determinative of the Legislature's intent, I would point out that the statute on vehicular homicide is codified in Title 32, "Motor Vehicles and Traffic," and is not included in Title 13A, the Criminal Code, upon which much of the main opinion's discussion of legislative intent is based. One could argue that the Legislature intended that the culpable mental states defined in § 13A-2-2, Ala. Code 1975, apply only to "this Criminal Code," as specifically set out in the opening phrase of that section of the Criminal Code. *Page 112 
 Docket
Title Number Date Dispostition
Delta Air Lines, Inc. v. Henrey H. Barnard II 2981082 07/21/2000 Affirmed (memo withdrawn
 01/12/2001; op. substituted
 op. of 01/12/2001 withdrawn
 05/04/2001; reversed and
 remanded; see 800 So.2d 595
D.L. v. Etowah County Dep't of Human Res. 2981324 07/14/2000 Reh. denied
B.J.S. v. Etowah County Dep't of Human Res. 2981325 07/14/2000 Reh. denied
W.D. and S.D. v. C.A.B. 2981426 07/14/2000 Reh. denied
Porter C. Giles, Jr. v. World Rio, Corp. 2981443 07/14/2000 Reh. denied
Lincy James v. World Rio, Corp. 2981444 07/14/2000 Reh. denied
Towana Giles v. World Rio, Corp. 2981445 07/14/2000 Reh. denied
Christina Giles v. World Rio, Corp. 2981446 07/14/2000 Reh. denied
Scott Paper Co. n/k/a/ Kimberly-Clark Corp.
 v. Brenda Raines 2981457 07/05/2000 Dismissed on mot.
 of appellant
Russell Coal Co. v. Joel Davis 2981472 07/14/2000 Reh. denied
Margaret Elizabeth Killough v. Sara Hearn
 Kilough Flowers, as personal representative
 and ex'x of the estate of William Forrest
 Kilough 2990009 07/14/2000 Reh. denied
Debbie D. Fann v. Robert P. Fann 2990055 07/14/2000 Reh. denied
J.F. v. State Dep't of Human Res. 2990056 08/04/2000 Reh. denied
H.F. v. State Dep't of Human Res. 2990074 08/04/2000 Reh. denied
T.R. v. State Dep't of Human Res. 2990075 07/14/2000 Reh. denied
K.R. v. State Dep't of Human Res. 2990076 07/14/2000 Reh. denied
Mary Helen Clark Pope v. Kenneth Terrell Pope 2990080 09/15/2000 Reh. denied
Circle "M" House Movers, Inc.; Melton Everitte;
 and Rhonda Davis v. T.L.C. Veterinary Hosp.,
 L.L.C. 2990085 08/18/2000 Affirmed
 09/22/2000 Reh. denied
Scott Paper Co. v. Audrey N. Babcock and Thomas
 O. Cole 2990122 07/14/2000 Affirmed
 08/25/2000 Reh. denied
Fred August Lewter III v. Linda Lee Lewter 2990146 07/14/2000 Reh. denied
Beverly Enters-Alabama, Inc. v. Mercy Med.
 Corp. et al 2990160 07/21/2000 Reh. denied
City of Moulton v. Octavius Hamilton 2990174 07/28/2000 Affirmed
 09/01/2000 Reh. denied
Wal-Mart Stores, Inc. v. Johnny Sue Nalley 2990176 07/14/2000 Reh. denied
Westinghouse Elec. Corp. v. John O'Bryan 2990240 09/22/2000 Affirmed
Randy W. Petty v. Dothan Indus. Hardware, Inc. 2990241 09/22/2000 Affirmed
 *Page 113 
Doris Lynn McCool Richards v. Edward Franklin
 McCool and Judy F; McCool 2990255 08/04/2000 Affirmed
S.S. v. Cuilman County Dep't of Human Res. 2990259 07/14/2000 Reh. Denied
Curtis B. Hohis v. Patricia Anne Hohis 2990282 07/14/2000 Reh. Denied
Kenneth Bernard Smith v. E.B. Odom et al., Inc.;
 E.B. Odom, Jr.; and Jo Ann Broadhead 2990283 08/04/2000 Affirmed
Wal-Mart Stores; Inc. v. Joyce Strickland 2990294 07/28/2000 Affirmed
 09/15/2000 Reh. Denied
M.T. v. Tuscaloosa County Dep't of Human Res. 2990296 07/14/2000 Reh. Denied
Sherman Nickerson v. Joseph Britt et al. 2990322 08/04/2000 Reh. Denied
William R. Bailey v. Malcolm Hendrix and Sid
 Batchelor 2990336 07/14/2000 Reh. Denied
Tolar Constr., L.L.C., garnishee v. Reuben Rice
 Fryer III and Katrina L. Fryer 2990338 07/14/2000 Reh. Denied
Wal-Mart Stores, Inc. v. Sheila Burroughs 2990341 08/04/2000 Affirmed
D.S. v. A.L.D., Jr. 2990342 07/14/2000 Reh. Denied
Teddi Lane Turner v. William Mark Boggs 2990347 08/11/2000 Affirmed
Elmer McFall and Sandra McFall v. Robert Wayne
 Newell and Jennifer Newell Bragwell 2990359 07/14/2000 Affirmed
Kenneth Ensminger v. Holland Employment 2990362 07/28/2000 Affirmed
 09/15/2000 Reh. Denied
Hogan, Smith Alspaugh, P.C., and Prichard,
 McCall Jones, L.L.C. v. John Aultman et al. 2990375 09/08/2000 Affirmed
Gregory B. Pair v. Jack's Family Rests., Inc., and
 Employer's Claim Mgmt., Inc. 2990379 07/14/2000 Reh. Denied
Bobby Cook v. Macon Berry et al 2990383 08/04/2000 Affirmed
 09/22/2000 Reh. Denied
Cedric Dewayne Poole v. Paula Danielle Poole 2990390 07/14/2000 Affirmed
State ex rel. M.C. v. C.D 2990392 08/25/2000 Reh. Denied
Randy Birmingham and Joyce Birmingham v. Verner
 B. McDaniel and Martha J. McDaniel 2990406 07/14/2000 Reh. Denied
Julia Ruth Sampson v. Larry Leroy Sampson 2990411 09/29/2000 Affirmed
Dianne B. Fillingim King v. Lenard B. Fillingim 2990412 07/21/2000 Affirmed
Bobby Mathews v. Nicey T. Mathews 2990413 07/28/2000 Affirmed
Jeremy Slay and Woodland Capital Corp. v.
 Anthony W. Larue et al. 2990418 08/25/2000 Reh. Denied
Karen Edwards Key v. AmSouth Bank et al. 2990422 09/01/2000 Affirmed
Aronov Realty, Inc. v. Grant Williams 2990426 07/21/2000 Reh. Denied
Mike Cooley v. Precision Air Servs., Inc. et al. 2990430 08/04/2000 Reh. Denied
Dudley P. Bolton v. Suzanne A. Bolton 2990434 08/18/2000 Affirmed
L.H. v. E.M 2990436 09/08/2000 Affirmed
Charles A. McGee and Merle Wilson v. J. Luther
 Hendrix et al. 2990438 08/25/2000 Reh. denied
 (memo of
 6/23/2000
 withdrawn; memo
 substiuted; affirmed)
Richard McLaughlin and Robert Burgener, partners,
 d/b/a Southern Skies Aviation v. Bessemer
 Aviation, Inc. 2990439 08/25/2000 Reh. Denied
Beverly Barber v. James S. Ward 2990443 09/22/2000 Reh. Denied
Bobby W. Kennedy et al. v. Frigidaire Co. et al. 2990444 08/04/2000 Reh. Denied
 *Page 114 
Frances I. Steadman and Ronald B. Steadman v.
 Central Alabama Title Co; and Jerry Parker 2990446 08/04/2000 Reh. Denied
Corporate Fin. Assocs., Inc. v. Refrigerated
 Control Sys., Inc. et al. 2990451 07/28/2000 Affirmed
 09/01/2000 Reh. Denied
Kenneth J. Adams v. Taylor-Whorton Coyne 2990456 07/28/2000 Affirmed
 09/15/2000 Reh. Denied
Allison Faith. Doggett v. Mark Jeffery Doggett 2990458 09/01/2000 Affirmed
Howard Crary v. Property Owners Ass'n of Spanish
 Cove, Inc. 2990460 08/29/2000 Dismissed on mot.
 of appellee
Bonnie Ray Hendrix v. Gertha Jean Moon 2990461 07/28/2000 Affirmed
 08/25/2000 Reh. Denied
George A. Ryals. v. Jo Ann Ryals 2990465 07/14/2000 Reh. Denied
Larry D. Hembree and Brenda Hembree v. Planning
 Comm'n of City of Homewood 2990466 07/14/2000 Affirmed
 08/18/2000 Reh. Denied
Beverly Barber v. Linda Mays Welch 2990469 09/22/2000 Reh. Denied
Maria P. Weichman and John R. Weichman v.
 Regions Bank 2990471 07/28/2000 Affirmed
 08/05/2000 Reh. Denied
Ike Jarman v. Jefferson County Truck Growers
 Ass'n and Terry Thomas Farms 2990473 07/21/2000 Reh. Denied
Tony Hall Trucking Co. and Carthorn Huff v. Linda
 Little 2990480 07/21/2000 Reh. Denied
Patricia M. Simmons v. James B. Simmons 2990490 07/28/2000 Affirmed
Ivory Joe Christen v. Brenda L. Christen 2990493 07/28/2000 Affirmed
Johnny Scott v. Buffalo Rock Botthng Co. d/b/a
 Pepsi Cola Bottling Co. 2990496 07/14/2000 Reh. Denied
J.M. Hillman v. Douglas Eng'g Co. 2990500 07/21/2000 Affirmed
 08/25/2000 Reh. Denied
Edward Alan Snider v. Darlene Boyd Bailey et al. 2990505 08/11/2000 Reh. Denied
Marcia H. Wooten Conner v. Rodney B. Wooten 2990513 08/04/2000 Affirmed
 09/15/2000 Reh. Denied
Richard A. Misterka v. Bridgette Misterka Young 2990515 08/25/2000 Affirmed
Bobbie Parker v. Jim Walter Res., Inc. 2990516 08/04/2000 Affirmed
 09/22/2000 Reh. Denied
Harold Bowdoin and Charles Smith v. Gilford
 Gilder 2990517 07/14/2000 Affirmed
In-Place Co. v. Lucinda T. Robertson 2990522 08/04/2000 Affirmed
 09/08/2000 Reh. Denied
Sheila Cornelison v. Scottsboro City Bd. of Educ. 2990529 08/25/2000 Reh. Denied
Douglas H. Cooner v. State ex rel. Catherine
 Cooner Small 2990535 08/25/2000 Affirmed
Mike Tillery Mech., Inc. v. Distribution Int'l
 Southeast, Ltd. 2990536 07/21/2000 Affirmed
Webb Wheel Prods., Inc. v. Milford Wayne Ponder 2990541 07/28/2000 Affirmed
 09/01/2000 Reh. Denied
John Jones and Dora Lee Jones v. Dick Dearmon 2990543 07/28/2000 Affirmed
Gardner Lee Howard v. Clair Ruth Howard 2990545 08/16/2000 Dismissed on lack
 of prosecution
E.P. v. State Dep't of Human Res. 2990548 09/22/2000 Affirmed
 *Page 115 
Bill Heard Chevrolet, Inc. v. First Southern Bank 2990551 07/21/2000 Reh. Denied
Paula Breedlove v. Integon Nai'l Ins. Co 2990552 08/25/2000 Affirmed
John Urbanowicz v. New York Times Broad. Serv.,
 Inc., et al. 2990553 07/28/2000 Affirmed
 09/01/2000 Reh. Denied
Caldin Washington and Charles Washington v.
 John Daniel 2990555 07/28/2000 Affirmed
Walter W. Watkins II v. Kim D.. Watkins Windsor 2990558 07/28/2000 Affirmed
 09/22/2000 Reh. Denied
Annette McLemore v. Doris Holliday 2990560 08/04/2000 Affirmed
James Q. Stevens v. Janice Elizabeth Stevens 2990565 08/04/2000 Affirmed
Edward Thomas Dixon v. Paul Whaley et al. 2990566 07/28/2000 Reh. Denied
Wendy M. Cooper v. William Eugene Cooper 2990567 08/18/2000 Affirmed
Jerry Keith Bankston v. Leshe Ruggles Bankston 2990568 09/29/2000 Affirmed
Somehanh Thepphanorinh v. Somchith
 Thepphanorinh 2990570 07/28/2000 Affirmed
Neil Lynwood Owens v. Nancy B. Owens 2990571 09/01/2000 Affirmed
James LeFlore v. Swift Supply, Inc. 2990576 08/25/2000 Affirmed
Frankie L. Harris and Charles B. Daniel v. Michael
 E. Morgan 2990578 08/18/2000 Affirmed
 09/22/2000 Reh. Denied
A.J. Willingham, Jr. v. Raymond B. Cash et al. 2990579 07/21/2000 Affirmed
Muster Assocs., Inc. v. Jack S. Tillman, sheriff
 of Mobile County 2990580 07/11/2000 Dismissed for lack
 of prosecution
Charles Leroy Johnson v. Joleen Susan Johnson 2990582 07/28/2000 Affirmed
Homestead Farms Dozer Serv. v. Walter Ray
 Morgan 2990585 07/28/2000 Affirmed
 09/22/2000 Reh. Denied
Cynthia E. Morris-Dotson v. William Dotson, Jr. 2990586 08/04/2000 Affirmed
William Broyles and W. Rodney Broyles v. Gerald
 Don Laney et al. 2990587 09/15/2000 Affirmed
Baptist Found. of Alabama, as personal
 represenative of the estate of Henry B. Biscoe,
 deceased v. Flair Adver. Mktg., Inc. 2990589 07/21/2000 Affirmed
 08/25/2000 Reh. Denied
Nakilia Hubbard, by and through her mother, Mattie
 Hubbard v. Charles Looser et al. 2990590 09/15/2000 Affirmed
Elizabeth Made Kossik v. Dr. William Harris,
 and as president of Alabama State
 Univ.; and Dr. Fred W. Dauser, individually, and
 as interim dean of School of Graduate Studies 2990595 07/18/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
 07/31/2000 Case reinstated
 09/01/2000 Affirmed
Tony Curtis King v. Janet Lee King 2990599 08/25/2000 Affirmed
Robert Logan v. Premium Props., Inc. 2990600 07/21/2000 Affirmed
Lee Apparel Co. v. Ida Peeden 2990605 08/11/2000 Affirmed
Wal-Mart Stores, Inc. v. Mary Helen Harrison 2990606 08/25/2000 Affirmed
Atlantic Southeast Airlines, Inc. v. Nicholas
Russello 2990607 09/15/2000 Affirmed
 *Page 116 
Robert A. Gechijian and Linda A. Gechijian v.
 Dorthy Moore Adams 2990608 07/25/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
Barbara Turner et al. v. Robert F. Brown and Paul 08/07/2000 Case reinstates
Anderson, individually and d/b/a Brown
Anderson Architects et al. 2990610 08/25/2000 Affirmed
Annie Mae Cooper v. Mike Haley, comm'r, et al. 2990617 08/11/2000 Affirmed
M.G.W. v. Madison County Dep't of Human Res 2990618 09/15/2000 Affirmed
D.W.C. v. J.J.T. and M.L.T 2990619 09/15/2000 Affirmed
Ronald Knox v. Tammy Johns et al. 2990620 07/28/2000 Affirmed
 09/01/2000 Reh. Denied
Jason Parker v. Safway Prods., Inc., et al. 2990622 07/18/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
 07/31/2000 Case reinstated
 09/15/2000 Affirmed
Robert Earl Albright, Jr. v. Jeffery Westrope 2990623 07/28/2000 Affirmed
Dana Joe Bryant v. Sherry N. Hammond 2990624 07/11/2000 Dismissed for lack
 of prosecution
J.M.W. v. J.A.W. and J.H.R 2990625 07/18/2000 Dismissed for lack
 of prosecution
B.S. v. F.M.. 2990626 08/04/2000 Reh. Denied
Harold Douglas Lowe v. Karen Sue Lowe 2990627 08/25/2000 Reh. Denied
Paul Jackson v. Regions Bank 2990629 08/04/2000 Affirmed
Trisha Ann Deas v. Dale Shelton Deas 2990632 08/04/2000 Affirmed
Wilson C. Sippial v. City of Montgomery 2990633 08/18/2000 Affirmed
Mark S. Phillips v. Lisa D. Phillips 2990635 09/29/2000 Affirmed
Bold Springs Presbyterian Church v. Joseph Eastis,
 Sr., and JoAnn Hancock 2990637 08/18/2000 Affirmed
Harry J. Coughlin, Jr., and Bettye L. Coughlin v.
 Gary White et al. 2990638 09/29/2000 Affirmed
Jeanette Cox and Billy Cox v. Wal-Mart Stores,
 Inc., et al. 2990640 07/28/2000 Affirmed
 09/22/2000 Reh. Denied
Tammy Moszynski v. Calfee Co. of Dalton, Inc.,
 d/b/a Favorite Market # 138 2990641 08/04/2000 Affirmed
 09/15/2000 Reh. Denied
Heirs at law of Bobbie Olean Thomason, deceased
 v. Stephen Thomason, as ex'r of the estate of
 John Thomason, deceased 2990649 07/21/2000 Affirmed
 08/25/2000 Reh. Denied
Van Stewart v. James Michael Stallings and Lisa
 Stallings 2990651 08/11/2000 Affirmed
 09/22/2000 Reh. Denied
M.P. v. K.R 2990652 09/29/2000 Affirmed
Harold Rutherford, as an individual, d/b/a H L
 Asphalt and H L Trucking, Inc. v. Parkway
 Funeral Home, Inc. 2990654 09/01/2000 Affirmed
 *Page 117 
George Ahern d/b/a Blanton's Roller Rink v. Paula
 Murphy and Larry Murphy 2990656 09/15/2000 Affirmed
Raymond P. Morris v. City of Dothan Pers. Bd. 2990658 09/22/2000 Affirmed
Robert Eugene Wilson v. Teresa Diane Wilson 2990659 09/15/2000 Affirmed
Louise Boisvert v. William Conti and Sandra Conti 2990660 19/15/2000 Affirmed
Robert Dale Carstens v. Marianne Davidson 2990662 19/29/2000 Affirmed
Jeremy McDonald and Destry C. McDonald v.
 Melvin Ergle and Virginia Ergle 2990664 09/22/2000 Affirmed
Jason Watson et al. v. E.J. Wicks et al. 2990665 09/01/2000 Affirmed
Michael James Stoudemire v. Weiler Grinders and
 Dixie Grinders 2990670 08/04/2000 Affirmed
S.T. Robino et al. v. Beal Bank, SSB 2990671 07/21/2000 Dismissed for lack
 of prosecution
Benjamin Howlet, adm'r of the estate of Bennie B.
 Howlet, Sr. v. Listerhill Employees Credit Union 2990674 08/11/2000 Affirmed
Rogina Inv. Corp. v. Ronald C. Gilbert 2990679 09/15/2000 Affirmed
Rogina Inv. Corp. v. Ronald C. Gilbert 2990680 09/15/2000 Affirmed
Timothy John Womack v. Beers Constr. Co. 2990683 09/15/2000 Affirmed
Joseph Ryals v. Techniflo, Inc. et al. 2990687 09/22/2000 Affirmed
Frank Smeraglia et al. v. Belinda Christian 2990688 08/04/2000 Affirmed
Janice G. Stracener v. Michael B. Erwin 2990689 09/22/2000 Affirmed
Elizabeth Billups, as adm'x of the estate of James
 L. Potts, deceased v. Central Alabama Home
 Health Servs., Inc. 2990691 08/04/2000 Affirmed
 09/15/2000 Reh. Denied
American Cast Iron Pipe Co. v. Carolyn Mayfield 2990694 09/15/2000 Affirmed
Aubrey E, McDowell v. Marilyn McDowell 2990697 08/18/2000 Affirmed
 09/22/2000 Reh. Denied
Pasty Roberts Cooper v. Angus Holley Cooper 2990708 09/08/2000 Affirmed
Faye Johnston and Willie Johnston v. Wal-Mart
 Stores, Inc. 2990710 08/11/2000 Affirmed
Tommy L. Beverage v. Deanna W. Beverage 2990721 07/17/2000 Dismissed on mot.
 of appellant
Chong Pun Yater v. John Guant Yater 2990725 09/15/2000 Affirmed
Vance Marcus Vogler v. Bettina Thiery Vogler 2990728 09/13/2000 Dismissed for lack
 of prosecution
Brian Glenn Parr v. Elizabeth Inez Parr Ayers 2990733 07/12/2000 Dismissed on mot.
 of appellant
Danny K.K. Lam v. Annabelle Cheng-Ping Tsui 2990734 09/22/2000 Affirmed
Ali Rabiee et al. v. City of Mountain Brook et al. 2990740 08/25/2000 Affirmed
Donald Ray Turner v. Walfred Brown et al. 2990742 07/05/2000 Dismissed on lack
 of prosecution
K.C. v. Etowah County Dep't of Human Res. 2990744 07/18/2000 Reh. Denied
Gordon McDaniel v. City of Lipscomb 2990745 07/28/2000 Dismissed for lack
 of prosecution
Debra Fairchild v. Johnstone, Adams, Bailey,
 Gordon Harris 2990748 07/25/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
Fay Sewell v. H.D. Lee Co. 2990750 09/22/2000 Affirmed
Billy Thomas v. Correctional Med. Services, Inc. 2990755 08/11/2000 Affirmed
 *Page 118 
Randal F. Cavnar v. Anthony Glenn Tapscott 2990758 09/22/2000 Affirmed
Regina Anderson v. Alabama Tenure Comm'n 2990759 08/25/2000 Affirmed
Marilyn Jean Walmsley v. Kevin David Walmsley 2990761 09/05/2000 Dismissed on mot.
 of appellant
Penny Lemke v. State ex rel. Charles B. Lemke 2990764 09/22/2000 Affirmed
Michel Dixon v. Rudolph Real Estate, Inc 2990767 08/25/2000 Affirmed
Van Hamilton and Ruby Jean Hamilton v. Jerry
 Lawler and Peggy Lawler 2990768 09/22/2000 Affirmed
Patricia M. Sweeney v. Gerald A. Sweeney 2990772 09/01/2000 Affirmed
B.W., by and through his next friend, A.W. v. Walter
 Wood, as director of the State Dep't of Youth
 Serv's 2990773 09/01/2000 Affirmed
Graham-Hall, Inc. v. William Addie 2990774 08/04/2000 Affirmed
William H. Jones v. D. David Matheny, as
 conservator of the estate of Evelyn Porter 2990777 07/31/2000 Dismissed on mot.
 of appellant
Marvin Leonard Ehis and Bernice Allred Ellis v.
 B.G. Bailey and Bailey Eng'g, Inc. 2990778 09/15/2000 Affirmed
J.M. v. Etowah County Dep't of Human Res 2990781 07/18/2000 Reh. Denied
Cynthia Collier and Columbus Collier v. H H
 Auto Sales and Ross Henderson 2990783 08/18/2000 Affirmed
Aramark Corp. v. Phyllis Boles 2990784 07/18/2000 Dismissed as not
 from a final
 judgment
James McConico, Jr. v. Captain Pouncey et al. 2990786 08/04/2000 Affirmed
Claude Hadley v. Alfred Sullivan et al. 2990791 07/25/2000 Dismissed on mot.
 of appellant
David Matthew Pugh v. Barton Pugh 2990796 07/05/2000 Dismissed on mot.
 of appellant
Adam Lee Parker v. Patricia D. Parker 2990797 07/18/2000 Dismissed as not
 from a final
 judgment
John Carsano, Jr.; David Warren; David's Custom
 Cycle; and Tom Godwin y. General Motors
 Acceptance Corp. 2990798 07/28/2000 Dismissed for lack
 of prosecution
Lindsey Earl Slaughter v. Birmingham Police Dep't 2990800 07/18/2000 Transferred to
 et al. Sup Ct. for lack of
 subject-matter
 jurisdiction
Jerry Allen Wilson v. O'Della Merrell Ziegler
 Wilson 2990804 09/07/2000 Dismissed on mot.
 of appellant
Sue Compton Dial v. Estate of Fred Dial, deceased 2990813 09/12/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
Janie N. Johnston v. Terrell McClendon 2990820 08/25/2000 Affirmed
Anthony D. Bowen v. Barbara N. Goodin 2990824 07/25/2000 Dismissed on mot.
 of appellee
Amanda Sue Edwards v. Alvin Keith Edwards 2990827 09/15/2000 Affirmed
 *Page 119 
Booker Heights Dcv. Corp. v. Mortgage Investors,
 Inc 2990849 08/30/2000 Dismissed on mot.
 of appellant
Donald Barber v. Jefferson County 2990851 07/18/2000 Dismissed as not
 from a final
 judgment
Adrian D. Craig et al. v. State ex rel. Nathan G.
 Watkins, Sr 2990853 08/02/2000 Dismissed on mot.
 of appellants
Gina Williams v. Howard Williams 2990854 07/25/2000 Dismissed on mot.
 of appellee.
Ernest Bentley, Inc. v. James A. Whitman 2990859 07/18/2000 Dismissed as not
 from a final
 judgment
Franklin D. Sutherland v. Sharon Sutherland Clark 2990868 08/22/2000 Dismissed for lack
 of prosecution
Ralph McGuff, individually, and as father and next
 friend of Jessie Lee McGuff, a minor v. State
 Farm Mut. Auto. Ins. Co 2990871 08/11/2000 Affirmed
Raymond J. DeMarco v. Regions Bank and SouthTrust
 Bank 2990873 09/01/2000 Affirmed
Daisy Ford v. Jim Walter Homes, Inc 2990876 08/18/2000 Affirmed
Sharon Maze ir. David Fetterhoff 2990878 09/13/2000 Dismissed for lack
 of prosecution
Artencil Marie Rauls v. Albert Laughton Rauls 2990881 09/15/2000 Affirmed
Garland Kinslow v. Frankie L. Preston 2990882 09/01/2000 Affirmed
Garland Kinslow v. Frankie L. Preston I 2990883 09/01/2000 Affirmed
Sherman Nidkerson v. William Carter et al 2990885 07/18/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
 07/31/2000 Case reinstated
James McConico, Jr. v. Conecuh County et al 2990897 07/18/2000 Reh. Denied
James Robert Miller v. Brenda Marie Miller 2990920 08/14/2000 Dismissed for lack
 of prosecution
A.L. Lavendar v. Greene County Democrat 2990921 07/18/2000 Dismissed on mot.
 of appellee
Charles L. Hum, as personal representative of the
 estate of Tonis L. Hum, deceased v. Edna Hum 2990923 09/29/2000 Affirmed
Ex parte Wal-Mart Stores, Inc. (In re Barbara J.
 Bishop, f/k/a Barbara J. Trapp v. Wal-Mart
 Stores, Inc.) 2990926 08/01/2000 Mand. denied
Dana Ross Stegall v. State 2990932 07/18/2000 Dismissed as not
 from a final
 judgment
Willie J. Holmes v. Liberty Mut. Ins. Co., as
 subrogee of Marie A. Wyler, and Marie A. Wyler,
 individually 2990936 09/22/2000 Affirmed
Jefferson County Dep't of Human Res. v. C.M. and
 S.M 2990937 07/11/2000 Dismissed on mot.
 of appellant
Bill Russell v. Michael Cannon and Jewelene Cannon 2990938 08/30/2000 Dismissed for lack
 *Page 120 
Michael Brazier v. Dyncorp, Fort Rucker Div 2990939 09/13/2000 Dismissed for lack
 of prosecution
Roy Wayne Avery v. State 2990948 07/14/2000 Affirmed
 08/25/2000 Reh. denied
American Auto., Inc., and Van E. Humbarger v.
 Larry D. Martin 2990950 07/31/2000 Dismissed for lack
 of prosecution
Betty Lynn Hatem and Leroy Hatem v. Elizabeth L.
 Kennedy 2990951 08/29/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
 09/12/2000 Case reinstated
Ex parte Tony Fountain (In re: Tony Fountain v.
 Keith Ausborn) 2990957 07/18/2000 Mand. denied
Billy Ray Hutchins v. Monroe Powers, Jr 2990968 09/12/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
 09/19/2000 Case reinstated
Ronald D. Veteto v. Nancy Barnes et al. 2990969 07/25/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
 08/07/2000 Case reinstated
Kevin Bryant and Teressa Bryant v. Vanna Trott et
 al 2990971 08/01/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
 08/16/2000 Dismissed on mot.
Thomas Vernon Nunley, Jr. v. Deana Nunley 2990975 08/15/2000 for appellee
Kimberly Ellen Lester v. William R. Lester, Jr 2990985 07/18/2000 Dismissed on mot.
 of appellee
Tommy H. Taylor, as attorney in fact for Mr. and
 Mrs. Claude Morris v. Lewis Rollins et al 2990988 08/22/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
 09/12/2000 Case reinstated
Glen and Virginia Mothershed v. Emmett L. Speed,
 Jr., William Edward Speed, and Larry Styron 2990989 07/18/2000 Dismissed as
 untimely filed
T.N. v. R.N. and M.N 2990990 07/18/2000 Dismissed as
 untimely filed
John L. Watson v. Melissa L. Watson 2991005 07/18/2000 Dismissed as
 untimely filed
Ex parte Billy R. Myers (In re: Billy R. Myers v. Jim
 Ellis, circuit clerk, and Thomas E. Head III,
 circuit judge) 2991009 07/18/2000 Mand. denied
 *Page 121 
Phillips Truck Stop, Inc. v. Radcliff/Economy Marine
 Servs., Inc. 2991019 08/15/2000 Transferred to Sup. Ct.
 for lack of subject-matter
 jurisdiction
 08/24/2000 Case reinstated
J.D.M. v. State ex rel. L.E.M. 2991023 08/02/2000 Dismissed on mot. of
 appellant
Steve Compton v. Ferris S. Ritchey, Jr. 2991028 09/22/2000 Affirmed
Jalonie Hogan v. City of Marion et al. 2991031 09/12/2000 Dismissed as untimely
 filed
Sherry Marie Seabrook v. Mark Anthony Seabrook 2991032 08/18/2000 Dismissed for lack of
 prosecution
William N. Lucy v. Heritage Imports, Inc., et al. 2991033 09/12/2000 Mand. denied
 09/26/2000 Transferred to Sup. Ct.
 for lack of subject-matter
 jurisdiction
Rod Callins v. State 2991034 08/18/2000 Affirmed
N.C.T. v. State ex'rel. B.P.H 2991035 09/29/2000 Affirmed
Ex parte William A. Crotwell III, M.D. (In re:
George Andetson v. Kiker Corp 2991036 07/25/2000 Mand. denied
 08/14/2000 Reh. denied
Ex parte Marilyn Prentice (In re: Marilyn Prentice
 v. Weyerhaeuser, Inc.) 2991037 07/25/2000 Mand. denied
Ronald Humphrey v. Charles Brock et al. 2991039 08/14/2000 Dismissed for lack
 prosecution
Ex parte Regions Bank COT.; Johnnie Jones; and
 Ausherman Recovery Co. (In re: Donna Farris
 Miller v. Regions Bank COT.; Johnnie Jones;
 Ausherman Recovery Co. et al.) 2991044 09/18/2000 Mand. denied
Ex parte Re'Naul M. Johnson (In re: Re'Naul M.
 Johnson v. Melissa Rittenour) 2991045 07/18/2000 Mand. denied
Ex parte Re'Naul M. Johnson (In re: Re'Naul M.
 Johnson v. Larry Dozier) 2991046 07/18/2000 Mand. denied
John Blake v. Lloyd Noland Hosp. et al 2991047 08/29/2000 Transferred to Sup. Ct.
 for lack of subject-matter
 jurisdiction
Yvette Hooper v. Prince Inst. of Prof'l Studies, Inc. 2991049 08/08/2000 Transferred to Sup. Ct.
 for lack of subject-matter
 jurisdiction
Ex parte Fred Taylor Jones (In re: Margaret W. 2991051 07/05/2000 Mand. denied
 Jones v. Fred Taylor Jones)
Ex parte Gail Shocldey Creel (In re: Gail Shockley
 Creel v. Olsten Health Servs.) 2991057 07/18/2000 Mand. denied
Sandra Warren, adm'x of the estate of James
 Williams, deceased v. Cagles, Inc., et al. 2991058 08/01/2000 Transferred to Sup. Ct.
 for lack of subject-matter
 jurisdiction
 08/16/2000 Case reinstated
 *Page 122 
Gordon James Brady, Jr: v. Donna Fogel Brady 2991059 07/20/2000 Dismissed on mot.
 of appellant
William Thomas Hartley v. Amber D. Hartley 2991060 09/26/2000 Dismissed on mot.
 of appellant
John Holifield v. Mobile Supportive Housing, Inc. 2991061 08/30/2000 Dismissed for lack
 of prosecution
Ex parte Belinda Lathon (In re: Belinda Lathon v.
 Rehabilitation Healtheare Ctr. of Huntsville et
 al.) 2991068 07/18/2000 Mand. denied
Gregory Lynn Cook v. Marie Elizabeth Cook 2991092 08/01/2000 Dismissed on mot.
 of appellee
 08/29/2000 Reh. denied
Don Lamar Cady v. Alabama Bd. of Pardons 
 Paroles 2991095 08/22/2000 Dismissed as
 untimely filed
Donald F. Reese v. Herndon Inge III 2991105 08/01/2000 Dismissed as
 untimely filed
Lake Forest Prop. Owners Ass'n, Inc. v. James A.
 Charlton 2991111 09/12/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
 09/19/2000 Case reinstated
Phillip E. Lamoreaux and Ura Mae Lamoreaux v.
 C. Park Barton, Jr 2991112 08/17/2000 Dismissed on mot.
 of appellants
C.S. v. J.M 2991116 08/21/2000 Dismissed on mot.
 of appellant
Colleen B. Casto v. Samuel J. Casto 2991122 08/01/2000 Dismissed on mot.
 of appellee
Robert Earl Woods v. Michael Haley et al 2991123 08/14/2000 Dismissed on mot.
 of prosecution
Ex parte Revonda Gayle Smith (In re: Terry Lynn
 Smith v. Revonda Gayle Smith) 2991125 07/25/2000 Mand, denied
Lawrence Stockton v. Frank Jefferson Haynes 2991132 08/15/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
 08/24/2000 Case reinstated
Ex parte Ivory Joe Christen (In re: Ivory Joe Christen
 v. State, Judge H. Edward McFerrmn, and
 Brenda L. Christen) 2991134 08/01/2000 Mand. denied
 09/12/2000 Reh. denied
Ex parte Ivory Joe Christen (In re: Ivory Joe Christen
 v. State, Judge H. Edward McFerrin, and
 Brenda L. Christen) 2991135 08/01/2000 Cert. denied
Ex parte Evelyn Varner (In re: Svelyn Varner v.
 Estate of Robert Jerome Varner) 2991136 07/25/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
Jacob Dansby, Jr. v. David Randall Arendall 2991138 09/12/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
 *Page 123 
Alisha Wheat, as adm'x of the estate of DeMyreon
 Lindley, and First Baptist Church of Baltimore
 St. v. Guidant Mut. Ins. Co 2991142 09/12/2000 Transferred to
 Sup Ct. for lack of
 subject-matter
 jurisdiction
Ex parte Goodies Distrib. (In re: Denzell Moore et
 al. v. Goodies Distrib.-and Lamar Wilbon) 2991148 08/22/2000 Mand. denied
Paul Pettus v. City of Birmingham 2991157 09/07/2000 Transferred to
 Sup Ct.
David Stracker Shack v. Malinda Michelle Shack 2991162 09/19/2000 Dismissed for lack
 of prosecution
Anthony Pickett v. State Dep't of Indus. Relations 2991170 09/01/2000 Dismissed for lack
 of prosecution
M. Ford Waters v. CS Real Estate for Highland
 2991174 09/12/2000 Dismissed on mot.
 of appellee
Ex parte Alabama Bd. "of Pardons Paroles (In re:
 Eleanor I. Brooks et al. v. Alabama Bd. of Pardons
 Paroles' et al.) 2991176 08/02/2000 Mand. denied
Kevin A. Edmondson v. Sharon L. Edmondson 2991181 08/25/2000 Dismissed on mot.
 of appellant
Eric Killen v. Amy Roberts Comm 2991187 09/07/2000 Dismissed on
 Joint mot.
Sandra Burgett, as adm'x of the estate of Arthur
 Burgett, deceased, etal. v. Limestone County and
 City of Athens 2991189 08/11/2000 Order of the
 Sup. Ct. dated August 7,
 2000, transferring
 case is rescinded;
 case restored to
 Sup. Ct. docket
Ex parte Billy R. Myers (In re: Billy R. Myers v.
 Janice McCall, circuit clerk, Coffee County) 2991192 08/22/2000 Mand. denied
Ex parte Barry Lee Ford (In re: State v. Barry Lee
 Ford) 2991197 09/12/2000 Mand. denied
A.E.N. v. T.L.Y. 2991200 08/22/2000 Appeal transferred
 to Morgan Cir. Ct.
 for trial de novo
 pursuant to Rule
 28(B), Ala.R.Juv.P.
G.P.J. v. State Dep't of Human Res 2991201 09/12/2000 Dismissed as
 untimely filed
Ex parte Rickey Lynn Cloud (In re: Rickey Lynn
 Cloud v. State) 2991202 09/12/2000 Habeas corpus pet.
 denied
Ex parte Wilson Broad. Co. d/b/a WJJN (In re:
 Wilson Broad. Co. d/b/a WJJN v. Fox 34 d/b/a
 WDFX) 2991203 08/22/2000 Mand. denied
Brenda Faye Johnson v. John David Johnson 2991204 09/29/2000 Dismissed on mot.
 of appellant
Angela Sims Gibson v. Paul Michael Gibson III 2991210 09/05/2000 Dismissed on mot.
 of appellant
 *Page 124 
Ex parte Daniel D. Cooper and Carrie M. Cooper
 (In re: S.L. Rucker cl/b/a Rucker Rental v. Daniel
 D. Cooper and Carrie M. Cooper) 2991216 08/22/2000 Mand. denied
Barbara Mackall, Dale Mackall, and Alabama Living
 of Chilton County v. Alabama Dep't of Pub.
 Health 2991217 08/24/2000 Dismissed on mot.
 of appellants
R.B. v. T.C. and R.C 2991223 09/06/2000 Dismissed for lack
 of prosecution
Ex parte Arthur Lee Drummond IV (In re:
 Christina Lynn Drummond v. Arthur Lee
 Drummond IV) 2991243 08/22/2000 Mand. denied
Ex parte Mobile County Dep't of Human Res., State
 Dep't of Human Res., Em Wheeler, and Catherine
 Phillips (In re: Mary Wyatt v. Erin.Wheeler et
 al.) 2991248 08/22/2000 Mand. denied
Jamison Mason v. Joy Mason 2991252 09/20/2000 Dismissed for lack
 of prosecution
Bernice Atchison v. Gentry Mixon et al. 2991253 09/26/2000 Transferred to
 Sup. Ct. for lack of
 subject-matter
 jurisdiction
John David Calvert.v. State 2991256 09/05/2000 Dismissed on mot.
 of appellant
Irene Downer v. Mark Thompson Conradi, Jr 2991260 09/26/2000 Transferred to
 Sup. Ct. for lack
 subject-matter
 jurisdiction
Ex parte Irving Johnson (In re: Irving Johnson v.
 Judgment of the District Ct. and William A. Kynard,
 circuit clerk) 2991278 08/29/2000 Mand. denied
Alexander Barnett v. Alabama Dep't of Corr. et al. 2991319 09/26/2000 Transferred to Ct.
 of Crim. App. for lack of
 subject-matter
 jurisdiction
Amy R. Osborne v., Christopher R. Osborne 2991329 09/25/2000 Dismissed on mot.
 of appellant
Ex parte M.G.J; 2991391 09/27/2000 Mand. denied
 *Page 469